AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

Donald Victor Dailey

Plaintiff (s),

V.

County of Santa Clara, et al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C12-04132 ~~HRL~~ RMW

Notice is hereby given that, subject to approval by the court, __Donald Victor Dailey__ substitutes
(Party (s) Name)

__MAXWELL C AGHA__, State Bar No. __153625__ as counsel of record in
(Name of New Attorney)

place of __GREGG CARLUCCI__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: BANKER'S HILL LAW FIRM APC

Address: 160 THORN STREET, SUITE 200

Telephone: (619) 230-0330          Facsimile (619) 230-1726

E-Mail (Optional):

I consent to the above substitution.
Date: 9/22/2012

*Donald V. Dailey*
Donald Victor Dailey, Plaintiff
(Signature of Party (s))

I consent to being substituted.
Date: 9/22/2012

*Gregg Carlucci*
Gregg Carlucci, Esq.
(Signature of Former Attorney)

I consent to the above substitution.
Date: 9/23/2012

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/11/12

*Ronald M. Whyte*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]