1  ORRY P. KORB, County Counsel (S.B. #114399)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA
6  AND MARK BEASLEY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 DONALD VICTOR DAILEY, an individual,        No. CV12-04132 RMW

12         Plaintiff,                          **STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

13 v.

14 COUNTY OF SANTA CLARA, et al.,

15         Defendants.

16

17     Plaintiff DONALD VICTOR DAILEY and Defendants COUNTY OF SANTA CLARA and

18 MARK BEASLEY, by and through their respective counsel of record, hereby stipulate and agree to

19 an order dismissing this entire action with prejudice as to all named defendants.

20     Each side shall bear their own attorneys' fees and costs of the suit.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

Stipulation and Order Dismissing                              Case No. CV12-04132 RMW
Entire Action With Prejudice

1  I hereby attest that I have on file the holograph signature indicated by a "conformed"
2  signature (/S/) within this e-filed document.

3  IT IS SO STIPULATED:

4  Dated: September 10, 2013                    ORRY P. KORB
                                                County Counsel
5

6                                       By:        /S/
                                                MARK BERNAL
7                                               Deputy County Counsel
                                                Attorneys for Defendants
8                                               COUNTY OF SANTA CLARA
                                                AND MARK BEASLEY
9

10 Dated: September 10, 2013           By:        /S/
                                                MAXWELL C. AGHA
11                                              Attorney for Plaintiff
                                                DONALD VICTOR DAILEY
12

13 IT IS SO ORDERED:

14 Dated:  J~~DICT~~H                    *Ronald M. Whyte*

15                                              HON. RONALD M. WHYTE
                                                United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28 731610.DOC

2

Stipulation and Order Dismissing                                Case No. CV12-04132 RMW
Entire Action With Prejudice