1  ORRY P. KORB, County Counsel (S.B. #114399)
   MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA
6  AND MARK BEASLEY

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | DONALD VICTOR DAILEY, an individual,  | No. CV12-04132 RMW
12 |                Plaintiff,             | **STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**
13 | v.                                    |
14 | COUNTY OF SANTA CLARA, et al.,        |
15 |                Defendants.            |

16

17     Plaintiff DONALD VICTOR DAILEY and Defendants COUNTY OF SANTA CLARA and

18 MARK BEASLEY, by and through their respective counsel of record, hereby stipulate and agree to

19 an order dismissing this entire action with prejudice as to all named defendants.

20     Each side shall bear their own attorneys' fees and costs of the suit.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1   I hereby attest that I have on file the holograph signature indicated by a "conformed"
2   signature (/S/) within this e-filed document.

3   IT IS SO STIPULATED:

4   Dated: September 10, 2013                ORRY P. KORB
                                             County Counsel
5

6                                       By:           /S/
                                             MARK BERNAL
7                                            Deputy County Counsel
                                             Attorneys for Defendants
8                                            COUNTY OF SANTA CLARA
                                             AND MARK BEASLEY
9

10  Dated: September 10, 2013           By:           /S/
                                             MAXWELL C. AGHA
11                                           Attorney for Plaintiff
                                             DONALD VICTOR DAILEY
12

13  IT IS SO ORDERED:

14  Dated: ~~JDICTH~~                        *Ronald M. Whyte*

15                                           HON. RONALD M. WHYTE
                                             United States District Court Judge

28  731610.DOC

2

Stipulation and Order Dismissing                              Case No. CV12-04132 RMW
Entire Action With Prejudice